**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA                                                                                                        PARESH S. PATEL
FEDERAL PUBLIC DEFENDER                                                                          STAFF ATTORNEY

<u>**Via Hand-Delivery**</u>

April 10, 2008

**Crack Reduction   -   Status Report**

The Honorable Andre M. Davis
United States District Court
 for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. William A. Brown*
              <u>Case No: AMD-00-100</u>

Dear Judge Davis:

      Please accept and docket this letter as a status report relating to Mr. Brown's pending motion for a reduction of sentence under 18 U.S.C. § 3582(c) and Amendment 706.

      The U.S. Probation Office has reviewed Mr. Brown's sentence and determined that he is not eligible for a reduced sentence under the crack amendment because "the base offense level in this case was determined largely based by the heroin amount. Specifically, the heroin quantity results in a base offense level of 38 before the marijuana equivalents of cocaine and cocaine base are added." Undersigned counsel agrees with Probation's assessment.

      Thank you for your consideration of this matter. If I can be of additional assistance, please let me know. Enclosed is a proposed Order.

                                                   Very truly yours,

                                                     Paresh S. Patel
                                                     Staff Attorney

cc: Estelle Santana, USPO
    Barbara Sale, AUSA
    William Brown, #34324-037